IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MATTHEW SIMMONS,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN, NCAC,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:07-mi-60-TWT |

### ORDER

This is an action under the Fair Credit Reporting Act. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending dismissing the action for want of prosecution. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

SO ORDERED, this 2 day of October, 2007.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\07\Simmons\r&r.wpd